## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | |
|---|---|
| TERRICK ALFRED WILLIAMS, | ) |
| Plaintiff, | ) |
| v. | ) No. 4:16-CV-989 RWS |
| UNITED STATES OF AMERICA, | ) |
| Defendant, | ) |

## MEMORANDUM AND ORDER

This matter is before me on plaintiff's letter claiming that prison officials are denying him access to the courts, have retaliated against him, and are denying him adequate medical care. I believe the letter should be filed as a new civil rights action under 42 U.S.C. § 1983, and I will direct the Clerk to file it as such.

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk is directed to file plaintiff's letter [ECF No. 7] as a new civil rights action under 42 U.S.C. § 1983.

Dated this __10th__ day of May, 2017.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE