UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| TERRICK A. WILLIAMS, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | No. 4:17-CV-1558 NCC |
| UNITED STATES MEDICAL CENTER FOR FEDERAL PRISONERS, | ) | |
| Defendant, | ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on its own motion. On June 1, 2017, the Court ordered plaintiff to submit an amended complaint and to either pay the $400 filing fee or submit a motion for leave to proceed in forma pauperis. Plaintiff has not complied with the Order. However, it is not clear whether plaintiff received the Order. Plaintiff says the institution is on lock-down, and he had a change of address after the Order was sent. Additionally, plaintiff has sent two letters to the Court complaining about the conditions of confinement and asking for relief. Therefore, the Court will resend the June 1, 2016, Order to plaintiff, and plaintiff will have an additional twenty-one days to comply with it.

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk is directed to send plaintiff (1) a copy of the Court's Order dated June 1, 2017, (2) a prisoner civil rights complaint form, and (3) a copy of the motion to proceed in forma pauperis form for prisoners.

**IT IS FURTHER ORDERED** that plaintiff must comply with the instructions set forth in the June 1, 2017, Order no later than twenty-one (21) days from the date of this Order.

**IT IS FURTHER ORDERED** that if plaintiff fails to comply with these Orders, the Court will dismiss this action without further proceedings.

Dated this 7th day of July, 2017.

                                             /s/ Noelle C. Collins
                                            NOELLE C. COLLINS
                                            UNITED STATES MAGISTRATE JUDGE